■ JOSEF BACHARAMOV, Also Known as JOE BACH, Respondent, v POWER TEST PETROLEUM DISTRIBUTORS, INC., Appellant. —Order of the Supreme Court, Queens County, dated July 17, 1984, affirmed, with costs, for reasons stated by Justice Graci at Special Term. Mangano, J. P., Gibbons, Thompson and Kunzeman, JJ., concur.